Gregg S. Garfinkel, Esq. (Cal. Bar # 156632)
Laurence F. Dunn III, Esq. (Cal. Bar # 185195)
Cheryl L. De Leon, Esq. (Cal. Bar # 203207)
**STONE | ROSENBLATT | CHA**
**A Professional Corporation**
16633 Ventura Boulevard, Suite 1401
Encino, CA 91436-1880
(818) 789-2232  tel
(818) 789-2269  fax
*LDunn@srclaw.com*

Attorney for defendant
**UNITED VAN LINES, LLC**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## (SAN FRANCISCO)

| | |
|---|---|
| MARK HELLINSKI,<br><br>PLAINTIFF,<br><br>v.<br><br>UNITED VAN LINES, and DOES 1 through 10, ROE CORPORATIONS 11 through 20, ROE COPARTNERSHIPS 21 through 30, inclusive,<br><br>DEFENDANTS. | Case # CV 04-02234 WHA<br><br>[ Complaint filed: 4/26/04 ]<br>[ Assigned to Hon. William H. Alsup, Dept. "9" ]<br>[ Trial date: 9/06/05 ]<br><br>**STIPULATION FOR DISMISSAL**<br>and<br>**[ PROPOSED ] ORDER THEREON** |

TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED, by and between plaintiff MARK HELLINSKI (through his designated counsel of record) and defendant UNITED VAN LINES, LLC (through its designated counsel of record), that the above-captioned action be dismissed, with prejudice, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1); and

///

IT IS FURTHER STIPULATED that each party will bear such party's own fees and costs in connection with the dismissal of the above-captioned action.

Respectfully submitted.

Dated: May 20, 2005

**LAW OFFICES OF VERNON L. BRADLEY,**
Attorneys for plaintiff MARK HELLINSKI

By: _____
Vernon L. Bradley, Esq.

Dated: May 11, 2005

**STONE | ROSENBLATT | CHA,**
Attorneys for defendant UNITED VAN LINES, LLC

By: _____
Laurence F. Dunn III, Esq.

### ORDER OF DISMISSAL

Premised upon the Stipulation of the parties who have appeared in this lawsuit, it is hereby ordered that the above-captioned matter be, and is hereby, dismissed with prejudice; each party to bear his/its own costs. The clerk shall close the file.

Dated: May 31, 2005



United States
Northern District

IT IS SO ORDERED
Judge William Alsup

H:\6750-130 (Hellinski)\Pleading\StipDismissal_01.wpd    STIPULATED DISMISSAL / ORDER OF DISMISSAL

## PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         )
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 16633 VENTURA BOULEVARD, SUITE 1401, ENCINO, CALIFORNIA 91436.

On May 24, 2005, I served the foregoing document(s) described as: **STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER THEREON** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Encino, California, addressed as follows:

> **Attorney for Plaintiff**
> Vernon L. Bradley
> Waldo Point Harbor, D-54
> Sausalito, CA 94965
> (415) 331-4441
> (415) 331-4443 Fax

X__   **BY MAIL**

   ___   As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Encino, California. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

___   (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee.

___   **(VIA FACSIMILE) I caused such document to be delivered via facsimile to the offices of the addressees stated above.**

_X_   (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 24, 2005, at Encino, California.

_____
Tia Jones